**Order filed March 31, 2015.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00445-CV
_____

**PHYLLIS PITTMAN, Appellant**

**V.**

**R. TRENT CAMPBELL JR. AND BETTE B. CAMPBELL, Appellees**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-11815**

---

## ORDER

The reporter's record in this case was due July 10, 2014. *See* Tex. R. App. P. 35.1. The appeal was abated and referred to mediation. The mediation stay was lifted on November 13, 2014. On January 14, 2015, this court ordered the official court reporter and a substitute reporter, Rachel Gamez, to file the record in thirty days. Rachel Gamez then notified the court that she had not received payment for preparation of the record. Accordingly, we notified appellant that unless payment

arrangements were made, the court would consider the appeal without a reporter's record. On January 28, 2015, appellant provided this court with proof of payment to both Ms. Gamez and another substitute reporter, Alexandra McMillen. To date, the record has not been filed.

On March 25, 2015, Rachel Gamez requested an extension of time to file the record. We **GRANT** the requested extension and issue the following order:

We order **Rachel Gamez and Alexandra McMillen**, the court reporters responsible for this record, to file the record in this appeal **on or before April 30, 2015. No further extensions will be entertained absent exceptional circumstances**.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If either Rachel Gamez or Alexandra McMillen fail to timely file the record as ordered, the court will consider issuing an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record, including the consideration of sanctions.

PER CURIAM